THE STATE EX REL. JACKSON, APPELLANT, *v.* LANZINGER, JUDGE, APPELLEE.

[Cite as *State ex rel. Jackson v. Lanzinger*
(1992), 65 Ohio St.3d 132.]

(No. 91–2266—Submitted October 13, 1992—Decided November 18, 1992.)

---

*James L. Jackson,* pro se.

*Anthony G. Pizza,* Prosecuting Attorney, and *Michael C. Mota,* Assistant Prosecuting Attorney, for appellee.

The cause is affirmed for the reason stated in the court of appeals' opinion which denied appellant's complaint in mandamus for a copy of the transcript of his trial proceedings that "a true and accurate copy of the transcript of proceedings was [already] provided" to him.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.